**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ANDY DANTZLER, 812677,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:05-CV-2164-D |
| ) | |
| **NATHANIEL QUARTERMAN,** ) | |
| **Director TDCJ-CID,** ) | |
|     Respondent. ) | |

**ORDER**

After conducting a *de novo* review, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

October 17, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE